Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2022 JAN 19 A 10:0[?]
CLERK: aBurton
SO. DIST. OF GA.

John Henry Allen Jr.
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

SEE Attached
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. **CV122-006**
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

DEFENDANTS

Charles B. Webster Detention Center
(Richmond County Jail)

Richmond County Sheriff Richard Roundtree

Major Jones
(Director of Charles B. Webster Detention Center)

Corneal Chew
(Administrator of Charles B. Webster Detention Center) ("CBWDC")

Captain Mitchell
(of the Charles B. Webster Dentention Center

NOTE: This facility and it's staff has refused to provide the first name of ANY administrative officials.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: John Henry Allen, Jr.
All other names by which you have been known:
ID Number: # 820794
Current Institution: Charles B. Webster Detention Center
Address: 1941 Phinizy Road
Augusta, GA 30906
City, State, Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Richard Roundtree
Job or Title *(if known)*: Sheriff of Richmond County
Shield Number:
Employer: Richmond County
Address: 401 Walton Way
Augusta, GA 30901
City, State, Zip Code
[✓] Individual capacity   [✓] Official capacity

Defendant No. 2
Name: Jones
Job or Title *(if known)*: Major
Shield Number:
Employer: Charles B. Webster Detention Center
Address: 1941 Phinizy Road
Augusta, GA 30906
City, State, Zip Code
[✓] Individual capacity   [✓] Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name: Chew
  Job or Title (if known): Cornal
  Shield Number:
  Employer: Charles B. Webster Detention Center
  Address: 1941 Phinizy Rd
  Augusta, GA 30906
  City / State / Zip Code
  [✓] Individual capacity   [✓] Official capacity

Defendant No. 4
  Name: Mitchell
  Job or Title (if known): Captain
  Shield Number:
  Employer: Charles B. Webster Detention Center
  Address: 1941 Phinizy Rd
  Augusta, GA 30906
  City / State / Zip Code
  [✓] Individual capacity   [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   [ ] Federal officials (a *Bivens* claim)

   [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Right to free from assault, Right to Nutritious meal, Right be free of cruel and unusual punishment, Right to mail, Right to Safe and Sanitary housing conditions, Right access to Courts, Right to freely practice Religion, Right to medical treatment, Right to be free from Cruel and unuseal punishment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. "Roundtree" current sheriff of Richmond County and personally hire the administrative staff of the County Detention Center and has failed to properly oversee the conduct of those who he has hire to carry out it day-to-day operations

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

From August 2021 to present, while detained in the Charles B. Webster Detention Center (Richmond County Jail) the Plaintiff has been subjected to the constitutional violations; and they are on going

## BASIS FOR JURISDICTION

II D. <u>Major Jones</u> has allowed, and contiued to allow the staff of the facility that he is charged with overseeing, the county jail, to violate Plaintiff constitutional and civil rights, and federal laws and statues

<u>Concral Chew</u> has allowed the violations of Plaintiff rights without intervention and has allowed untrain and unsupervised staff to roam without proper oversight and proper instructions in adhereing to constitutional rights, federal law and statues, and courts decisions on housing pre-trial detainees.

<u>Captain Mitchell</u> has allow subordinates to violate Plaintiff's constitutional and civil rights and has acted as a cover for staff wrong-doing and eggreious conduct, without giving proper instruction and guideance

<u>Charles B. Webster Detention Center</u> as a whole has willingly, and knowingly, with ill intent for years have violated the constitutional and civil rights of pre-trail detainees and has allowed these violations to be covered-up and hidden

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

On Jan. 4, 2022 at about 9:00p.m I was assaulted by several other detainee while housed in G-Block F-Dorm August 18, 2021 to CURRENT.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I was denied a meatless diet by medical staff. Request and grievances went unanswered by the staff ② Upon entering the Richmond County jail, the staff (Major Jines, Captain Mitchell, Cornel Chew, Sheriff Richard Roundtree) has denied me access to do legal research, make copies and hindered my access to the courts. ③ Untrained and undertrained was negilent when staff they allowed myself to be attacked (assualted) by several detainee and robbed of personal property, including legal documents. ④ I have filed multiple request to the "grievance"

(SEE ATTACHED)

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I was contaminated with the COVID-19 VIRUS, and only given vitamin D and mucrlex. Upon being assaulted I was given two tylenol tablets and placed on 23-hour lockdown and given 1-hour out my cell ("when they could"). I current suffer from knee, elbow, back and neck problems from my housing assignment (concrete floor) along with severe joint "popping" and swelling; given tylenol and told that all could do, to see a doctor when I get out.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Direct CBWDC to come into full compliane with Federal statues for housing pre-trial detainees. To award Plainiff the sum of $120,750.00 for being exposed and contacting COVID-19. $120,750.00 having been assaulted by multiple detainees. $120,750.00 being subjected to severe overcrowding that has lead to the Plaintiff to be continueously and premantly housed on the concrete floor. $120,750.00 for having violated multiple constitutional right of Plaintiff. $1,000,000 for the mental suffering and emotional anguish of having to endure these conditions, and as a deterrant to defendant not to commit futher and future violations. (SEE ATTACHED)

## STATEMENT OF CLAIM

IV D. program that have been unanswered and deleted from the electronic filing system. ⑤ Since August 2021 I have been forced (by given no other choice) to drink water that has a "sewage" smell and is referred to by staff as "bad water" ⑥ The meals on numerous occassions has serverely lacked any nutrition and on many occassions is uncooked and/or "rotten" ⑦ Housing are unclean and contaminated; shower contain "Black mold". Cell walls are stained with "bodily fluids" and the conditions have persisted since my arrival in August of 2021. ⑧ There has been the constant threat of force by staff and other detainees since August 2021 to present. ⑨ Untrained and indifference medical staff and detention officers allowed a Covid-19 detainee to be place in a cell with me of which I later tested positive for. ⑩ After making numerous request to be able to practice and participate in the muslim month of fasting (Ramadan), it was completely and wholly ignored ⑪ The level of overcrowding has placed the plaintiff in unhealthy and unsanitary conditions where he has to sleep on the floor near a toilet that is used regularly by 6 different inmates

## VI. RELIEF

Also Plaintiff request the sum of $230,000,000 (two hundred and thirty million dollars) be assessed against the Defendant, Charles B. Webster Detention Center, for the violations of the U.S. Constitution, violating the civil rights, violating the federal laws and statues and the federal and Supreme Court Ruling in the housing and care of pre-trial detainees.

(This amount is assessed by CBWDC having an average of 1057 detainees, with penalties at $300 per day, per detainee, for a 2 year period. Fund shall be used to bring the CBWDC in compliance with the United States Constitution, Civil Rights of detainees, the established federal procedure and statues for operation of a detention facility, the United States Supreme Court rulings and mandates for operating a detention facility, and the Rule of the Geneva Convention of pre-trial detainee

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Charles B. Webster Detention Center (Richmond County Jail)

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Page 6 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

My grievance was filed multiple times and either not respond to, or remove from the "Kiosk"

2. What did you claim in your grievance?

No access to legal research, inadequate medical care, not being freely to practice religion, being assaulted, over-crowded housing conditions causing medical issues, housing covid-19 patients in cell with me, Black mold and unclean showers, uncooked and undercooked food, being arbitrary disciplined

3. What was the result, if any?

Grievance were not responded to, and those place on the "Kiosk" machine were erased and never responded

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

Refiled grievance; spoke with Sgts. Lt's who made of "looking into it", but never responded back. Yes, was told by superiors they have nothing to do with grievance.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: Lt. Cheatam in person on multiple occasions. Pod officer continuously. Multiple Sgts, Lieutenants were inform in person (all without name tags) on since Augusta 2021. ALL made claims of "going to look into it" and ALL NEVER RESPONDED back about the issues; EVEN after making same claims.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. The "alledged" grievance program here is not to address compliant of detainees, but to just say they have one; Any attempts to bring issues to superior is ignored or told to put on "Kiosk" where they disappear.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

U.S. District Court, Columbia S.C. 2010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

        ☐ Yes

        ☒ No

    B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

        1.    Parties to the previous lawsuit

            Plaintiff(s) _____

            Defendant(s) _____

        2.    Court *(if federal court, name the district; if state court, name the county and State)*

            _____

        3.    Docket or index number

            _____

        4.    Name of Judge assigned to your case

            _____

        5.    Approximate date of filing lawsuit

            _____

        6.    Is the case still pending?

            ☐ Yes

            ☐ No

            If no, give the approximate date of disposition. _____

        7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

            _____

    C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) John Henry Allen Jr

   Defendant(s) Aiken County, Aiken Sheriff Mike Hunt, Major Jones, Sheriff Roundtree

2. Court *(if federal court, name the district; if state court, name the county and State)*

   U.S. District Court, Augusta GA

3. Docket or index number

   No assigned Number

4. Name of Judge assigned to your case

   UNKNOWN

5. Approximate date of filing lawsuit

   September 2021

6. Is the case still pending?

   ☐ Yes

   ☐ No  UNKNOWN (I was sent this form)

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Was sent 1983 Claim packet on 09/21/2021

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 15, 2021

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: John Henry Allen Jr.
Prison Identification #: #820794
Prison Address: 1941 Phinizy Road
Augusta, GA 30906

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code: _____
Telephone Number: _____
E-mail Address: _____

John Henry Allen Jr,
CBWDC #820794
1941 Phinizy Road
Augusta, GA 30906

AUGUSTA GA 309

13 JAN 2022 PM 1 T

Clerk of the United States District Court
Southern District of Georgia
P.O. Box 1130
Augusta, GA 30903

30903$1130

1 of 2

Charles B. Webster Detention Center

This correspondence has been [illegible] facility [illegible] been neither [illegible] question [illegible] problem [illegible] wish [illegible] in the material [illegible] writer [illegible] correspondence [illegible] please return the enclosure to the above address.

ENvelope 1 of 2