January 15, 2022
CBWDC # 820794
1941 Phinizy Road
Augusta, GA 30906

RE: Copy of Complaint per Defendants

Dear Madam

Although I am aware that my complaint filing is to contain a copy for each Defendant Named, this facility (Charles B. Webster Detention Center) does not offering any copying of document, legal or otherwise, to it detainees (part of my claim is to address this issue). Also because of my ingedent status, and the number of pages to my claim, it is being sent, U.S. Mail, in two (2) seperate envelopes.

Thank you in advance for your time and consideration in the above matter

Respectfully Submitted
John Henry Allen Jr.