AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JOHN HENRY ALLEN, JR.,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**v.**

CASE NUMBER: CV122-6

CHARLES B. WEBSTER DETENTION CENTER;
RICHARD ROUNDTREE; MAJOR JONES; CORNEAL
CHEW; CAPTAIN MITCHELL,

Defendants,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of this Court dated July 26, 2022, the Report and Recommendation of the

Magistrate Judge is adopted as its opinion. Accordingly, this case is dismissed without prejudice

and stands closed.

July 26, 2022

*Date*

John E. Triplett, Clerk of Court

*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020